# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO. 20-MJ-00143** |
| : | |
| **GEORGE LLOYD OGLESBEE,** : | |
| **Defendant.** : | |

## CONSENT MOTION TO CONTINUE PRELIMINARY HEARING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this Consent Motion to Continue the Preliminary Hearing in the above-captioned matter, currently scheduled for September 29, 2020 until a date after October 28, 2020. In support thereof, the government states as follows:

1. On July 27, 2020, the defendant was arrested and charged by Criminal Complaint charging the defendant with one count of Travel With Intent to Engage in Illicit Sexual Conduct, in violation of 18 U.S.C. § 2423 and one count of Interstate Travel in Aid of Racketeering, in violation of 18 U.S.C. §.1952. On July 30, 2020, the Honorable Judge Robinson ordered that the defendant be released pending trial. A preliminary hearing was set for August 14, 2020. The hearing was continued by consent motions until August 28, 2020, and then until September 29, 2020.

2. The government and counsel for the defendant have conferred, and are continuing to communicate in an effort to resolve this matter. The government is also gathering discovery to provide to counsel for the defendant.

3. The parties, therefore, would respectfully request that the preliminary hearing be

1

continued until a date after October 28, 2020.  The parties agree that the interests and ends of justice are best served and outweigh the interests of the public and the defendant in a speedy trial, and that this adjournment will allow the parties to continue negotiations in an effort to achieve a resolution before trial.  Therefore, the parties agree that pursuant to 18 U.S.C. § 3161, the time from September 29, 2020 through the next court date shall be excluded in computing the date for speedy trial in this case.

Wherefore, the parties respectfully request that the Court continue the Preliminary Hearing in this matter until October 28, 2020, or to a date after that date convenient to the Court's calendar.

                                    Respectfully submitted,

                                    MICHAEL SHERWIN
                                  UNITED STATES ATTORNEY
                                  N.Y. Bar No. 4444188

By:    /s/
       Kenya K. Davis
       Assistant United States Attorney
       D.C. Bar No. 502305
       U.S. Attorney's Office
       555 4th Street, N.W.
       Washington, D.C. 20530
       202-252-7059
       Kenya.Davis@usdoj.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO. 20-MJ-00143** |
| : | |
| **GEORGE LLOYD OGLESBEE,** : | |
| **Defendant.** : | |

### ORDER

This matter having come before the Court pursuant to a Motion to Continue, upon consent, it is therefore

ORDERED that the parties shall appear for a Preliminary Hearing at_____ on October\_\_\_\_\_, 2020. It is further

ORDERED that pursuant to the representations made by the parties, the interests and ends of justice are best served and outweigh the interests of the public and the defendant in a speedy trial. Pursuant to 18 U.S.C. § 3161, the time from September 29, 2020 through October\_\_\_\_, 2020 shall be excluded in computing the date for speedy trial in this case.

_____
The Honorable Judge Zia Faruqui